857 A.2d 183

MILLER ELECTRIC COMPANY

v.

Tate DEWEESE and Just–Mark, Inc.

Petition of Tate Deweese.

Miller Electric Company

v.

Tate Deweese and Just–Mark, Inc.

v.

Birmingham Bistro, Inc.

Petition of Birmingham Bistro, Inc.

Miller Electric Company

v.

Tate Deweese and Just–Mark, Inc.

Cross–Petition of Miller Electric Company.

Supreme Court of Pennsylvania.

July 22, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of July 2004, we **DENY** the Petition for Allowance of Appeal captioned at 483 WAL 2003, we **GRANT** the Petition for Allowance of Appeal captioned at 490 WAL 2003, and we **DENY** the Cross–Petition for Allowance of Appeal captioned at 520 WAL 2003.